# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Michael L. | United States District Court Northern District of Georgia | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
75 Ted Turner Drive NW
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Michael L. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Michael L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Sun Trust (cash) | D | Interest | O | T | | | | | |
| 3. ExxonMobil Common Stock (XOM) | D | Dividend | M | T | | | | | |
| 4. Freddie Mac Common Stock (FMCC) (X) | | None | J | T | | | | | |
| 5. Northwestern Mutual Insurance Estate Comp Life (Whole Life Policy #1) | D | Dividend | L | T | | | | | |
| 6. Northwestern Mutual Insurance Estate Comp Life (Whole Life Policy #2) | D | Dividend | L | T | | | | | |
| 7. Northwestern Mutual Insurance 65 Life (Whole Life Policy) | C | Distribution | L | T | | | | | |
| 8. 529 Account #1 (H) | | | | | | | | | |
| 9. 529 Plan NY Saves Moderate Age Based Option: Conservative Port | | None | L | T | | | | | |
| 10. 529 Plan NY Saves Conservative Age Based Option: Balanced Income Port | | None | K | T | | | | | |
| 11. 529 Account #2 (H) | | | | | | | | | |
| 12. 529 Plan NY Saves Moderate Age Based Option: Disc Growth Port | | None | | | Sold | 01/07/19 | K | | |
| 13. 529 Plan NY Saves Moderate Age Based Option: Conserv Growth Port | | None | L | T | Buy | 01/07/19 | K | | |
| 14. 529 Plan NY Saves Conservative Age Based Option: Conserv Port | | None | | | Sold | 01/07/19 | K | | |
| 15. 529 Plan NY Saves Conservative Age Based Option: Income Port | | None | K | T | Buy | 01/07/19 | K | | |
| 16. 529 Account #3 (H) | | | | | | | | | |
| 17. 529 Plan NY Saves Moderate Age Based Option: Mod Growth Port | | None | | | Sold | 10/07/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Michael L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. 529 Plan NY Saves Moderate Age Based Option: Disc Growth Port | | None | L | T | Buy | 10/07/19 | L | | |
| 19. 401k Account #1 (H) | | | | | | | | | |
| 20. Alston & Bird Enhanced Partner Cash Balance Plan (cash) (X) | E | Interest | O | T | | | | | |
| 21. Franklin Growth Advantage (FCGAX) | E | Dividend | P1 | T | | | | | |
| 22. Wells Fargo Enhanced Stock Market Fd (ESMKTN) | E | Dividend | P1 | T | | | | | |
| 23. IRA Account #1 (H) | | | | | | | | | |
| 24. Fidelity Advisor Financial Svcs Cl I (FFSIX) | A | Dividend | J | T | | | | | |
| 25. Fidelity Advisor Materials Cl I (FMFEX) | A | Dividend | J | T | | | | | |
| 26. Cullen Emerging Mrkt High Dividend Cl I (CEMFX) | A | Dividend | J | T | | | | | |
| 27. Polen Growth Fund Instl Shares (POLIX) | A | Dividend | J | T | Buy | 05/06/19 | J | | |
| 28. JPMorgan Large Cap Growth Class I (SEEGX) | D | Dividend | L | T | | | | | |
| 29. Putnam Equity Income Fund Cl Y (PEIYX) | B | Dividend | L | T | | | | | |
| 30. Brokerage Account #1 (H) | | | | | | | | | |
| 31. Fidelity Govt Cash Reserves (FDRXX) (X) | A | Interest | J | T | | | | | |
| 32. Fidelity Advisor Equity Income Cl I (EQPIX) | B | Dividend | K | T | | | | | |
| 33. Fidelity Advisor Utilities Fund Cl I (FUGIX) | B | Dividend | L | T | Buy (add'l) | 05/06/19 | K | | |
| 34. Fidelity Advisor Financial Svcs Cl I (FFSIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Michael L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Health Care Cl I (FHCIX) | A | Dividend | L | T | | | | | |
| 36. Fidelity Advisor Materials Cl I (FMFEX) | A | Dividend | K | T | | | | | |
| 37. Kopernik International I (KGIIX) | A | Dividend | K | T | | | | | |
| 38. American Capital Income Builder F3 (CFIHX) | C | Dividend | L | T | | | | | |
| 39. Cullen Emerging Mrkt High Dividend Cl I (CEMFX) | B | Dividend | K | T | | | | | |
| 40. Federated Strategic Value Dividend IS (SVAIX) | D | Dividend | L | T | | | | | |
| 41. Federated Capital Income Fund Cl IS (CAPSX) | D | Dividend | M | T | Sold (part) | 04/15/19 | J | | |
| 42. Polen Growth Fund Instl Shares (POLIX) | A | Dividend | M | T | Buy (add'l) | 05/06/19 | K | | |
| 43. The Growth Fund of America F3 (GAFFX) | B | Dividend | K | T | | | | | |
| 44. Hartford Growth Oppt Fund Cl Y (HGOYX) | B | Dividend | K | T | | | | | |
| 45. JPMorgan Income Builder Fund Class I (JNBSX) | B | Dividend | L | T | | | | | |
| 46. JPMorgan Equity Income Class 1 (HLIEX) | B | Dividend | L | T | Buy | 05/06/19 | K | | |
| 47. MFS International Diversification Fd A (MDIDX) | A | Dividend | K | T | | | | | |
| 48. MFS Growth Fund Class I (MFEIX) | B | Dividend | L | T | | | | | |
| 49. Mainstay Mackay Intl Opportunities Fund I (MYIIX) | C | Dividend | K | T | | | | | |
| 50. Putnam Equity Income Fund Cl Y (PEIYX) | D | Dividend | M | T | | | | | |
| 51. Victory RS Small Cap Growth Cl Y (RSYEX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Michael L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity Advisor Strategic Inc Cl I (FSRIX) | B | Dividend | K | T | | | | | |
| 53. Blackrock Multi-Asset Income Instl (BIICX) | C | Dividend | L | T | Sold (part) | 01/14/19 | K | | |
| 54. JPMorgan Core Bond Class I (WOBDX) | A | Dividend | J | T | | | | | |
| 55. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy | 05/07/19 | K | | |
| 56. Ishares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Buy | 05/07/19 | K | | |
| 57. Ishares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | Buy | 05/07/19 | K | | |
| 58. Ishares Trust Ishares Core High | A | Dividend | K | T | Buy | 05/07/19 | K | | |
| 59. SPDR S&P Midcap 400 ETF Tr UT Ser 1 (MDY) | A | Dividend | K | T | | | | | |
| 60. Vanguard Intl Equity Index Fund Inc FTSE (VWO) | A | Dividend | K | T | | | | | |
| 61. IRA Account #2 (H) | | | | | | | | | |
| 62. Fidelity Advisor Financial Svcs Cl I (FFSIX) | A | Dividend | J | T | | | | | |
| 63. Fidelity Advisor Materials Cl I (FMFEX) | | None | J | T | | | | | |
| 64. Cullen Emerging Mrkt High Dividend Cl I (CEMFX) | A | Dividend | J | T | | | | | |
| 65. Polen Growth Fund Instl Shares (POLIX) | A | Dividend | J | T | Buy | 05/06/19 | J | | |
| 66. JPMorgan Large Cap Growth Class I (SEEGX) | D | Dividend | L | T | | | | | |
| 67. Putnam Equity Income Fund Cl Y (PEIYX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Michael L.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 3 and 4 of the 2018 report were split into separate accounts for reporting purposes, and the names were expanded for greater clarity. This is not indicatave of reportable transactiosn.

Part VII, lines 19, 21, and 22: See 2018, lines 8 and 9.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Michael L. Brown

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544